# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2022

## NO. 03-21-00529-CV

**Christina Yacopino, Appellant**

**v.**

**Paul Waters, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW #4 OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on September 8, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.